## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **BUILDING ERECTION SERVICES COMPANY, L.C. d/b/a BUILDING ERECTION SERVICES COMPANY OF MO, L.C. AND ADVANCED BUILDING SYSTEMS, INC.,** | ) ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| vs. | ) ) | Case No. 09-CV-2104-DJW |
| **AMERICAN BUILDINGS COMPANY and AMERICAN BUILDINGS COMPANY d/b/a ARCHITECTURAL METAL SYSTEMS,** | ) ) ) ) ) | |
| **Defendants.** | ) | |

### PLAINTIFFS' MOTION FOR PROTECTIVE ORDER

Plaintiffs Building Erection Services Company, L.C., d/b/a Building Erection Services Company of MO, L.C., and Advanced Building Systems, Inc., by and through counsel, move this honorable Court pursuant to Fed. R. Civ. P. 26(c) and 37(a)(5) for a protective order requiring that defendant reschedule the depositions presently noticed for November 19 and 20, 2009, for a time mutually agreeable to the parties. In addition, plaintiffs seek an order requiring defendant to pay the reasonable expenses of making this motion. Support for this motion is set forth in the Memorandum in Support of Plaintiffs' Motion for Protective Order, filed contemporaneously herewith.

        Respectfully submitted,

        HOLBROOK & OSBORN, P.A.

By: /s/ Kurt S. Brack
        Kurt S. Brack, KS #14797
        Kyle R. Ramsey, KS #23883
        Commerce Plaza II
        7400 W. 110th Street, Suite 600
        Overland Park, KS 66210
        Telephone:  (913) 342-2500
        Facsimile:  (913) 342-0603
        E-mail: Kbrack@holbrookosborn.com
                Kramsey@holbrookosborn.com
        ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF MAILING

I hereby certify that on this 5th day of November, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Scott R. Ast
Scharnhorst Ast & Kennard, P.C.
1000 Walnut, Suite 1550
Kansas City, MO 64106
Attorneys for Defendant

Robert E. Hill
McLain and Merritt, PC
3445 Peach Tree Rd. NE
Atlanta, Georgia 30326-3240
Attorneys for Defendant

        /s/ Kurt S. Brack
        Kurt S. Brack